1  MICHAEL COSENTINO, ESQ., State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3  Telephone: (510) 523-4702

4  Attorney for Plaintiff
   United States of America

**FILED**

AUG 2 1 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

EDDIE W. SAUNDERS aka
EDDIE SAUNDERS aka
EDWARD W. SAUNDERS,

        Defendant.
_____/

NO. CV 08 2082 SLM

**MOTION TO ENTER DEFAULT FOR FAILING TO PLEAD**

To:   Richard W. Wieking, Clerk
       United States District Court
       Northern District of California

      PLEASE ENTER THE DEFAULT of the defendant for failure to plead or otherwise defend.

DATED: August 19, 2008      By: _____
                                              MICHAEL COSENTINO
                                              Attorney for Plaintiff