1  MICHAEL COSENTINO, State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3  Telephone: (510) 523-4702

4  Attorney for Plaintiff
   United States of America

**FILED**

AUG 2 1 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

  vs.

EDDIE W. SAUNDERS aka EDDIE SAUNDERS aka EDWARD W. SAUNDERS,

          Defendant.
_____/

Case No. CV 08 2082 SLM

**PROOF OF SERVICE**

    See attached list:

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and a resident of the County of Alameda, I am over the age of eighteen and not a party to the herein action; my business address is P.O. Box 129, Alameda, California, 94501.  On  August 19, 2008, I served the

**MOTION TO ENTER DEFAULT FOR FAILING TO PLEAD,**

**DECLARATION IN SUPPORT OF MOTION TO ENTER DEFAULT AND IN SUPPORT OF MOTION TO ENTER DEFAULT JUDGMENT, and**

**[PROPOSED] JUDGMENT ON DEFAULT**

on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully pre-paid, in the United States Post Office addressed as follows:

EDDIE W. SAUNDERS aka EDDIE SAUNDERS
aka EDWARD W. SAUNDERS
3833 17TH STREET
SAN FRANCISCO, CA 94114

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on  August 19, 2008 at  Alameda, California.

_____
MICHAEL COSENTINO