**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  General Court Number
Clerk  415.522.2000

August 27, 2008

RE:  CV 08-02082 SLM        USA-v- EDDIE W SAUNDERS

Default is entered as to Eddie W. Saunders, aka, Eddie Saunders, Edward W. Saunders on August 27, 2008.

                RICHARD W. WIEKING, Clerk

                by Lashanda Scott
                Case Systems Administrator

NDC TR-4  Rev. 3/89